CLAIRE FRIEDLANDER *v.* HENRY FRIEDLANDER

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 903 (AC 11492), is denied.

*Henry Friedlander,* pro se, in support of the petition.

Decided June 17, 1993

MICHELLE TORTORA ET AL. *v.* JEAN-YVES WOOD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 911 (AC 11121), is denied.

*Thomas M. Murtha* and *Steven A. Oullette,* in support of the petition.

*Maureen E. Norris,* in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 178 (AC 10653), is granted, limited to the following issue: